UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. 12-CR-815-R-10 | Date November 23, 2015 |
| Title United States v. Juan Guevarra | |

Present: The Honorable   Gail J. Standish

| Earlene Carson | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that

A.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☐ Lack of bail resources
- ☒ Refusal to interview with Pretrial Services
- ☐ No stable residence or employment
- ☒ Previous failure to appear or violations of probation, parole, or release
- ☐ Ties to foreign countries
- ☒ Allegations in petition
- ☐

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 12-CR-815-R-10 |
| Title | United States v. Juan Guevarra |
| Date | November 23, 2015 |

B.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ Nature of previous criminal convictions
- ☒ Allegations in petition
- ☒ Substance abuse
- ☐ Already in custody on state or federal offense
- ☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.